**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN D. ROOKS, | ) | NO. CV 19-2200-CBM(AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KAREN FRITZ, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 14, 2020



CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE